## THE STATE OF KANSAS v. MICHAEL KNAUBER.

PROSECUTION for a violation of § 7 of the prohibitory liquor law of 1881. The defendant *Knauber* was indicted April 21, 1885. Trial at the April Term, 1885, of the district court of Morris county. The defendant moved to quash the indictment, which motion was overruled. The jury found the defendant guilty as charged in the third and the seventh counts

of the indictment, and not guilty as to the other counts therein. New trial denied. The court sentenced the defendant to pay a fine of $150 on the third count, a fine of $150 on the seventh count, to pay the costs of the prosecution, and to be committed to the jail of Morris county until the fines and costs were paid. From this judgment defendant appeals.

*Maloy & Kelley,* for appellant.

*S. B. Bradford,* attorney general, and *J. M. Miller,* county attorney, for The State.

*Per Curiam:* The judgment of the court below in this case will be reversed, upon the authority of the case of *The State v. Showers,* just decided.